

# THE THIRTEENTH COURT OF APPEALS

---

13-19-00319-CV

---

In the Interest of F. L. B., A. C. B., J. G. B., E. B. M., Children

On Appeal from the
267th District Court of Victoria County, Texas
Trial Cause No. 14-01-75771-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, T.M., although she is exempt from payment due to her inability to pay costs.

We further order this decision certified below for observance.

December 5, 2019